THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCU CLOCKING SOLUTIONS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-1012-GMS |
| | ) |
| MICROCHIP TECHNOLOGY INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT MICROCHIP TECHNOLOGY INC.'S CORPORATE**
**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Microchip Technology Inc. ("Microchip") discloses that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock. Microchip trades on the NASDAQ market under the ticker symbol MCHP.

                                                                                       */s/ David M. Fry*
                                                                                       John W. Shaw (No. 3362)
                                                                                       David M. Fry (No. 5486)
                                                                                       SHAW KELLER LLP
                                                                                       300 Delaware Avenue, Suite 1120
                                                                                       Wilmington, DE 19801
                                                                                       (302) 298-0700
                                                                                       jshaw@shawkeller.com

OF COUNSEL:                                               dfry@shawkeller.com
Bruce W. Slayden II                                *Attorneys for Defendant*
Brian C. Banner
KING & SPALDING LLP
401 Congress Avenue, Suite 3200
Austin, TX 78701
(512) 457-2000

Dated: September 26, 2014